## UNITED STATES ex rel. DUGAN v. ASHE, Warden.

### No. 8761.

Circuit Court of Appeals, Third Circuit.

Submitted May 7, 1945.

Decided May 28, 1945.

Russell H. Adams, Dist. Atty., of Pittsburgh, Pa., for the Commonwealth of Pennsylvania.

Raymond Dugan pro se.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

### PER CURIAM.

The order of the court below is affirmed because of the failure of the appellant to exhaust the rights of review provided by state law. Powell v. Meyer, 3 Cir., 147 F. 2d 606; Sanderlin v. Smyth, 4 Cir., 138 F.2d 729, 731.